450

PER CURIAM.

(No. 75-CC-754—

MILTON ROY COMPANY, HAYS REPUBLIC DIVISION, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE SECRETARY OF STATE, Respondent.

*Opinion filed March 31, 1975.*

MILTON ROY COMPANY, HAYS REPUBLIC DIVISION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-803—

FISHBACH BROS., INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed March 31, 1975.*

FISHBACH BROS., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.